**Order entered July 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00193-CV

**NOEUI LAU LALONDE, Appellant**

**V.**

**CYNTHIA ALLEN AND NORTH AMERICAN TITLE COMPANY, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-04716-2013**

## ORDER

By notice filed July 24, 2015, appellant Noeui Lau Lalonde has informed the Court she is in bankruptcy. Pursuant to Texas Rule of Appellate Procedure 8.2, further action in this cause is automatically suspended. *See* TEX. R. APP. P. 8.2. Accordingly, for administrative purposes, this cause is **ABATED** and treated as a closed case. It may be reinstated on motion by any party showing, in accordance with rule of appellate procedure 8.3, that the appeal is permitted by federal law or the bankruptcy court. *See id.* 8.3.

/s/ CRAIG STODDART
   JUSTICE